# United States District Court
# For The Western District of North Carolina
# Asheville Division

LLOYD T. LEWIS,

        Petitioner,	JUDGMENT IN A CIVIL CASE

vs.	1:10cv117-03-MU

STATE OF NORTH CAROLINA,

        Respondent.


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/16/10 Order.

        Signed: June 16, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court